**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LARRY WATSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 05-0244-CG-C** |
| ) | |
| **U.S. BANK NATIONAL ASSOCIATION,** ) | |
| **INC.,** ) | |
| ) | |
| **Defendant.** ) | |

## JUDGMENT

Pursuant to the memorandum opinion and order entered this date granting summary judgment in favor of the defendant, it is **ORDERED, ADJUDGED, and DECREED** that this case is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** this 10th day of February, 2006.

                                             /s/ Callie V. S. Granade  
                                             CHIEF UNITED STATES DISTRICT JUDGE